28197. RILEY *v.* INDUSTRIAL LIFE & HEALTH INSURANCE CO.

FELTON, J. Following the rulings made by the Supreme Court in its answers to certified questions in this case (*Riley* v. *Industrial Life & Health Insurance Co.*, 190 *Ga.* 891 (11 S. E. 2d, 20), the appellate division of the civil court of Fulton County erred in reversing the judgment of the trial judge, and in rendering a judgment for the insurance company. *Judgment reversed.* *Stephens, P. J., and Sutton, J., concur.*

DECIDED OCTOBER 28, 1940.

*William H. Smith,* for plaintiff.
*McElreath, Scott, Duckworth & DuVall,* for defendant.